

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

City of Ranger,

Vs. No. 11-23-00204-CV

Ranger Airfield Maintenance Foundation,

* From the 91st District Court
of Eastland County,
Trial Court No. CV2246534.

* April 3, 2025

* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court, and we render judgment dismissing the Ranger Airfield Maintenance Foundation's suit against City of Ranger for lack of subject matter jurisdiction. With regard to the ultra vires claims that Ranger Airfield Maintenance Foundation has asserted against the Ranger city commissioners, we remand those claims to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against Ranger Airfield Maintenance Foundation.